**Fill in this information to identify the case:**

Debtor name  **Whatever Food Company LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS

Case number (if known)  **24-40169**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

---

### Part 1:    Summary of Assets

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................  $            0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................  $       136,442.96

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................  $       136,442.96

---

### Part 2:    Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $     4,254,692.01

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $        48,440.57

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................  +$       823,435.70

4.  Total liabilities ...............................................................................................
   Lines 2 + 3a + 3b                                                                              $     5,126,568.28

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Whatever Food Company LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | **24-40169** |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | **$0.75** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$0.75**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Whatever Food Company LLC** | Case number *(If known)* **24-40169** |
|---|---|---|
| | Name | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Inventory | | $0.00 | | $5,630.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| | $5,630.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** picnic tables, misting fans, misc. kitchen supplies, misc. furniture | $0.00 | est fair mkt val | $24,632.55 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| Debtor | **Whatever Food Company LLC** | | Case number *(If known)*   **24-40169** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| outdoor television, speakers, video wall, misc network devices | $0.00 | est fair mkt val | $41,916.60 |

| | | |
|---|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.** | $66,549.15 |
| | Add lines 39 through 42.  Copy the total to line 86. | |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** | |
| | ■ No | |
| | ☐ Yes | |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** | |
| | ■ No | |
| | ☐ Yes | |

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  kitchen, operating equipment, signs | $0.00 | est fair mkt val | $59,263.06 |

| | | |
|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49. | **Aircraft and accessories** | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | |
| 51. | **Total of Part 8.** | $59,263.06 |
| | Add lines 47 through 50.  Copy the total to line 87. | |
| 52. | **Is a depreciation schedule available for any of the property listed in Part 8?** | |
| | ■ No | |
| | ☐ Yes | |
| 53. | **Has any of the property listed in Part 8 been appraised by a professional within the last year?** | |
| | ■ No | |
| | ☐ Yes | |

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

| Debtor | **Whatever Food Company LLC** | Case number *(If known)* **24-40169** |
|---|---|---|
| | Name | |

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **building/site improvements: cabana, tap bar, drink bar, all site improvements and underground including all electrical, plumbing, mechanical, misc. leasehold improvements to structures/site, restroom, landscaping, including 12 x 30-year-old oak trees** | unknown - identified for disclosure purposes | $0.00 | | Unknown |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property**<br>**trademark, logo, menu development, concept development, tech stack development** | $0.00 | est fair mkt val | $5,000.00 |

| Debtor | **Whatever Food Company LLC** | Case number *(If known)* **24-40169** |
|--------|-------------------------------|---------------------------------------|
| | Name | |

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | | **$5,000.00** |
    |---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    - ■ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ■ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No. Go to Part 12.
    - ■ Yes Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

    | **WFC Insurance Policy** | **$0.00** |
    |---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    | **potential claims against CEC Facilities Group** | **Unknown** |
    |---|---|

    | Nature of claim | |
    |---|---|
    | Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | | **$0.00** |
    |---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ■ No

Debtor    **Whatever Food Company LLC**
Name

Case number *(If known)*  **24-40169**

☐ Yes

Debtor    **Whatever Food Company LLC**                                    Case number *(if known)*  **24-40169**
          Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,630.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $66,549.15 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $59,263.06 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $136,442.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $136,442.96 |

**Fill in this information to identify the case:**

Debtor name **Whatever Food Company LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) **24-40169**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Bonick Landscaping** | Describe debtor's property that is subject to a lien | **$131,997.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**910 Maryland Drive
Irving, TX 75061**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Old 75 Beer Garden, 758 S. Central Expy., Richardson, Texas 75080**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **CEC Facilities Group** | Describe debtor's property that is subject to a lien | $97,365.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1275 Valley View Lane
Irving, TX 75061**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**740 S. Central Expy., Richardson, Texas 75080**
**Richardson Restaurant Park**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Whatever Food Company LLC** | Case number (if known) | **24-40169** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| **2.3** | **KA Contractors** | **Describe debtor's property that is subject to a lien** | **$15,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **744 S. Central Expy., Richardson, Texas 75080** | | |
| | **2806 Tam Oshanter Ln. Richardson, TX 75080** | **Biergarten, Richardson, Texas** | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| **2.4** | **ML Asset Service Corp.** | **Describe debtor's property that is subject to a lien** | **$1,472,952.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **any and all assets of Debtor, including but not limited to all furniture, fixtures, equipment, permanent site improvements, personal property located in and used in connection with Old 75 Beer Garden** | | |
| | **4311 W. Lovers Lane #200 Dallas, TX 75209** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| **2.5** | **MX Construction** | **Describe debtor's property that is subject to a lien** | **$29,427.81** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **744 S. Central Expy., Richardson, Texas 75080** | | |
| | **6010 West Spring Creek Parkway, Ste. 213 Plano, TX 75024** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**

---

| Debtor | **Whatever Food Company LLC** | Case number (if known) | **24-40169** |
|---|---|---|---|
| | Name | | |

**Mechanic's Lien - MRX claim is included in SRH mechanic's lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | **Richardson RP Development Corp.** | Describe debtor's property that is subject to a lien | $2,507,950.20 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o SLJ LLC
4311 W. Lovers Lane #200
Dallas, TX 75209**

Creditor's mailing address

**any and all assets of Debtor, including but not limited to all furniture, fixtures, equipment, personal property located in and used in connection with Old 75 Beer Garden**

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,254,692.01 |
|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Whatever Food Company LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) **24-40169**

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Aimee Covell**<br>**15190 Prestonwood Blvd.**<br>**Dallas, TX 75248** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$73.36** | **$73.36** |
| Date or dates debt was incurred<br>**pay period 12/25/2023-12/31/2023** | Basis for the claim:<br>**wages** | | |
| Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Alyssa Brasher-Petton**<br>**133 Cyrstal Court**<br>**Richardson, TX 75081** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$49.15** | **$49.15** |
| Date or dates debt was incurred<br>**pay period 12/25/2023-12/31/2023** | Basis for the claim:<br>**wages** | | |
| Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Whatever Food Company LLC** | Case number (if known) | **24-40169** |
|---|---|---|---|
| | Name | | |

---

**2.3**

Priority creditor's name and mailing address

**Anthony Pitts**
**1208 G. Avenue**
**Plano, TX 75074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$90.93    $90.93

Date or dates debt was incurred
**pay period 12/25/2023 - 12/31/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**Ashley Maurer**
**2305 Plaza Blvd. #1445**
**Richardson, TX 75082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9.27    $9.27

Date or dates debt was incurred
**pay periods 11/6/2023-11/12/2023;**
**12/11/2023-12/17/2023;**
**12/25/2023-12/31/2023**

Basis for the claim:

**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address

**Brandon Messimer**
**4724 St. John's Drive**
**Dallas, TX 75205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,876.40    $2,876.40

Date or dates debt was incurred
**pay periods 12/25/2023-12/31/2023;**
**1/1/2024-1/7/2024**

Basis for the claim:

**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address

**Brianna Cash**
**10823 Stone Canyon**
**Dallas, TX 75230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.46    $22.46

Date or dates debt was incurred
**pay periods 12/11/2023-12/17/2023;**
**12/18/2023-12/24/2023;**
**12/25/2023-12/31/2023**

Basis for the claim:

**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Whatever Food Company LLC** | Case number (if known) | **24-40169** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.05 | $2.05 |
|---|---|---|---|---|

**Britney Miller**
**2909 Laurel Lane**
**Plano, TX 75074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay periods 12/11/2023-12/17/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.19 | $9.19 |
|---|---|---|---|---|

**Chazne Hill**
**10401 Oak Creek Drive**
**Greenville, TX 75402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay period 9/18/2023-9/24/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $669.34 | $669.34 |
|---|---|---|---|---|

**Christian Fontana**
**5201 Windjammer**
**Plano, TX 75093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay periods 9/25/2023-10/1/2023**
**and 12/25/2023-12/31/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.08 | $69.08 |
|---|---|---|---|---|

**Daniel Navarrete**
**15575 Lewis Place**
**Addison, TX 75001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay period 12/18/2023-12/24/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Whatever Food Company LLC** | | Case number (if known) | **24-40169** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $60.77 | $60.77 |
|---|---|---|---|---|
| | **Demian Finkle**<br>**5759 Pineland #1097**<br>**Dallas, TX 75231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**pay period - 11/13/2023-11/19/2023** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $199.03 | $199.03 |
|---|---|---|---|---|
| | **Dennis Myles**<br>**340 Custer Road**<br>**Richardson, TX 75080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**pay period 12/25/2023-12/31/2023** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $62.06 | $62.06 |
|---|---|---|---|---|
| | **Douglas Mallory**<br>**5732 Worth Street**<br>**Dallas, TX 75214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**pay period 12/25/2023-12/30/2023** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $182.57 | $182.57 |
|---|---|---|---|---|
| | **Eric Tooley**<br>**143 Skyline Drive**<br>**Plano, TX 75094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**pay period 12/25/2023-12/31/2023** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Whatever Food Company LLC** | Case number (if known) | **24-40169** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.26 | $42.26 |
|---|---|---|---|---|

**Gustavo Cardenas**
**414 Salem Drive**
**Richardson, TX 75080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay period 12/25/2023-12/31/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.05 | $19.05 |
|---|---|---|---|---|

**Harmony Jones**
**905 St. Paul Drive #209**
**Richardson, TX 75080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay periods 11/27/2023;**
**12/4/2023-12/10/2023;**
**12/25/2023-12/31/2023**

Basis for the claim:

**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,996.06 | $9,996.06 |
|---|---|---|---|---|

**Internal Revenue Service**
**Special Procedures-Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.24 | $49.24 |
|---|---|---|---|---|

**Ivanna Trigueros**
**120 W. City Line Dr.**
**Richardson, TX 75082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay periods 10/2/2023-10/8/2023;**
**10/16/2023-10/22/2023**

Basis for the claim:

**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Whatever Food Company LLC**                                    Case number (if known)   **24-40169**
         Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.70 | $7.70 |
|------|---|---|---|---|
| | **James Daniels**<br>**526 Cordova St.**<br>**Dallas, TX 75223** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**pay period 12/25/2023-12/31/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.01 | $323.01 |
|------|---|---|---|---|
| | **James Wallace**<br>**1250 Dumont Drive**<br>**Richardson, TX 75080** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**pay periods 11/20/2023-11/26/2023;
12/25/2023-12/31/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $424.29 | $424.29 |
|------|---|---|---|---|
| | **Jason Spears**<br>**242 South Jim Miller Rd.**<br>**Dallas, TX 75217** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**pay periods 10/23/2023-10/29/2023;
10/30/2023-11/5/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $845.91 | $845.91 |
|------|---|---|---|---|
| | **Jesse Vasquez**<br>**8819 Valley Ranch Pkwy E**<br>**Irving, TX 75063** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**pay period 12/25/2023-12/31/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **Whatever Food Company LLC** | Case number (if known) | **24-40169** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.15 | $11.15 |
|---|---|---|---|---|

**Jordan Hutchinson**
**2907 Anchor Dr.**
**Mesquite, TX 75150**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**pay period 12/18/2023-12/24/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.85 | $30.85 |
|---|---|---|---|---|

**Joseph Hutcherson**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**pay periods 12/11/2023-12/17/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.49 | $95.49 |
|---|---|---|---|---|

**Joshua Puerta**
**736 Baruna Cir.**
**Garland, TX 75043**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**pay period 11/6/2023-11/12/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.06 | $248.06 |
|---|---|---|---|---|

**Junior Gomez**
**9340 Skillman St.**
**Dallas, TX 75243**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**pay period 12/25/2023 - 12/31/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| Debtor | **Whatever Food Company LLC** | Case number *(if known)* | **24-40169** |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.09 | $14.09 |
|---|---|---|---|---|

**Kaylee Lowrance**
**1616 Meadowbrook Dr.**
**Garland, TX 75042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay periods 11/6/2023-11/12/2023;**
**12/25/2023-13/31/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.64 | $215.64 |
|---|---|---|---|---|

**Kennedy Hermansen**
**7011 Stefani Drive**
**Dallas, TX 75225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay period 12/25/2023 - 12/31/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.10 | $402.10 |
|---|---|---|---|---|

**Maria Elena ToJin Chaj**
**3737 Timberglen Rd.**
**Dallas, TX 75287**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay period 12/25/2023-12/31/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.41 | $8.41 |
|---|---|---|---|---|

**Mariah Villegas**
**413 East Main St.**
**Richardson, TX 75081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay period 11/20/2023-11/26/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Whatever Food Company LLC | Case number (if known) | 24-40169 |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address

**Morgan White**
**9340 Skillman**
**Dallas, TX 75243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$173.11   $173.11

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **pay period 12/25/2023-12/31/2023** | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address

**Nicholas Dodd**
**515 Hawthorne Drive**
**Allen, TX 75002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$181.47   $181.47

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **pay period 12/25/2023-12/31/2023** | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address

**Petra Gallegos**
**8550 Spring Valley Dr. #120**
**Dallas, TX 75290**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$712.28   $712.28

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **pay period 12/25/2023-12/31/2023** | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address

**Ricardo Hernandez**
**1413 Leeward Lane**
**Wylie, TX 75098**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$144.34   $144.34

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **pay period 12/25/2023 - 12/31/2023** | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Whatever Food Company LLC**                                        Case number (if known)   **24-40169**
         Name

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.62 | $31.62 |

**Rosa Montes-Casas**
**12324 Tierra Cadena**
**El Paso, TX 79938**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay periods from10/23/2023**
**through 12/17/2023**

Basis for the claim:

**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.31 | $12.31 |

**Samantha Thompson**
**505 Mossbrook**
**Richardson, TX 75081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay periods 10/30/2023-11/5/2023;**
**12/25/2023-12/31/2023**

Basis for the claim:

**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.01 | $167.01 |

**Seleny Ramirez**
**253 Dogwood**
**Plano, TX 75075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay period 12/25/2023-12/31/2023**

Basis for the claim:

**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.39 | $135.39 |

**Shelby Wilkinson**
**1350 N. Greenville Ave.**
**Richardson, TX 75081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**pay periods 10/23/2023-10/29/2023;**
**12/25/2023-12/31/2023**

Basis for the claim:

**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Whatever Food Company LLC** | Case number (if known) | **24-40169** |
|---|---|---|---|
| | Name | | |

---

**2.39** | Priority creditor's name and mailing address
**Texas Comptroller of Public Accounts**
**Revenue Accounting Division**
**Bankruptcy Section**
**P.O. Box 13528**
**Austin, TX 78711-3528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28,422.08   $28,422.08

Date or dates debt was incurred

Basis for the claim:
**December 2023 and January 2024 sales tax**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address
**Texas Workforce Commission**
**Tax Dept.**
**Box 591**
**Fort Worth, TX 76101-0591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$962.99   $962.99

Date or dates debt was incurred
**6/30/2023-9/30/2023**

Basis for the claim:
**taxes**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address
**Zechary Dewolf**
**1000 Via Del Rey**
**Mesquite, TX 75150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$315.31   $315.31

Date or dates debt was incurred
**pay period s 11/20/23-11/26/2023;**
**11/27/2023-12/3/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address
**Zoe Nelson**
**2500 Pepperwood Street**
**Dallas, TX 75234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$73.69   $73.69

Date or dates debt was incurred
**pay period 9/18/2023-9/24/2023**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Whatever Food Company LLC | Case number (if known) | 24-40169 |
|---|---|---|---|
| | Name | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,821.19 |
|---|---|---|---|

**Aramark**
PO Box 731676
Dallas, TX 75313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,339.00 |
|---|---|---|---|

**Bluebonnet Consulting, Inc.**
12700 Hillcrest Road, Ste. 220
Dallas, TX 75230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  consulting fees for liquor license

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.44 |
|---|---|---|---|

**Cintas**
PO Box 650838
Dallas, TX 75265-0838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.71 |
|---|---|---|---|

**Cozzini Brothers**
359 Howard Avenue
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,731.23 |
|---|---|---|---|

**DirecTV**
P. O. BOX 105503
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.48 |
|---|---|---|---|

**Flower Baking Company of Denton**
132 N. Broad Street
Thomasville, GA 31792

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**Harrison Architects**
14990 Landmark Blvd., Ste. 265
Dallas, TX 75254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Whatever Food Company LLC** | Case number (if known) | **24-40169** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347,000.76** |
| | **Hotel & Restaurant Supply** | ☐ Contingent | |
| | **PO Box 6** | ☐ Unliquidated | |
| | **Meridian, MS 39302-0006** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **food service equipment/supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,444.98** |
| | **I Heart Radio** | ☐ Contingent | |
| | **14001 North Pearl St., Ste. 1900** | ☐ Unliquidated | |
| | **Dallas, TX 75201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,840.00** |
| | **John R. McAdams Company, Inc.** | ☐ Contingent | |
| | **621 Hillsborough Street, Suite 500** | ☐ Unliquidated | |
| | **Raleigh, NC 27603** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Joseph Mira** | ☐ Contingent | |
| | **Mira Blanton** | ☐ Unliquidated | |
| | **8235 Douglas Ave., Ste. 805** | ☐ Disputed | |
| | **Dallas, TX 75225** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,580.23** |
| | **Lyonnais LLC** | ☐ Contingent | |
| | **2835 Banderas Lane** | ☐ Unliquidated | |
| | **Colorado Springs, CO 80917** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **consulting** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.75** |
| | **NuCo** | ☐ Contingent | |
| | **PO Box 9011** | ☐ Unliquidated | |
| | **Stuart, FL 34995** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$169,052.44** |
| | **Richardson RP Development Corp.** | ☐ Contingent | |
| | **c/o SLJ LLC** | ☐ Unliquidated | |
| | **4311 W. Lovers Lane, Ste. 200** | ☐ Disputed | |
| | **Dallas, TX 75209** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **past due rent** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Whatever Food Company LLC** | | Case number (if known) | **24-40169** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,483.65 |
|---|---|---|---|

**Richardson RP Development Corp.**
**c/o SLJ LLC**
**4311 W. Lovers Lane, Ste. 200**
**Dallas, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **remaining lease obligation (lease terminated prior to BK)**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,528.33 |
|---|---|---|---|

**Saville CPA and Advisors**
**700 North Pearl St., Ste. 1900**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,395.00 |
|---|---|---|---|

**SRH Commercial LLC**
**Attn: Samuel Harle**
**PO Box 217**
**Mineola, TX 75773**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **consulting services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,642.73 |
|---|---|---|---|

**Sysco Corporation**
**1390 Enclave Parkway**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**The Pathfinder**
**200 W. Chestnut St. #309**
**Glendale, CA 91204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,539.78 |
|---|---|---|---|

**Valle Electric**
**2126 113th St.**
**Grand Prairie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Whatever Food Company LLC** | Case number (if known) | **24-40169** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Colbie Brazell Campbell**<br>**Slates Harwell LLP**<br>**1700 Pacific Avenue, Suite 3800**<br>**Dallas, TX 75201-4761** | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 **Matthew B. Fronda**<br>**Padfield & Stout LLP**<br>**420 Throckmorton St., Ste. 1210**<br>**Fort Worth, TX 76102** | Line __3.12__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 48,440.57 |
| 5b. Total claims from Part 2 | 5b. + $ | 823,435.70 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 871,876.27 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Whatever Food Company LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | **24-40169** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **landscaping contract** |
| State the term remaining | |
| List the contract number of any government contract | **Bonick Landscaping**<br>**910 Maryland Drive**<br>**Irving, TX 75061** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **audio/visual contract** |
| State the term remaining | |
| List the contract number of any government contract | **CEC Facilities Group**<br>**1275 Valley View Lane**<br>**Irving, TX 75061** |

**Fill in this information to identify the case:**

Debtor name  **Whatever Food Company LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS

Case number (if known)  **24-40169**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                            *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Whatever Food Company LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TEXAS

Case number (if known)   **24-40169**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 22, 2024**    X **/s/ Kirk Hermansen, Trustee of 75 Manager Trust, Manager**
                                 Signature of individual signing on behalf of debtor

                                   **Kirk Hermansen, Trustee of 75 Manager Trust, Manager**
                                   Printed name

                                   Position or relationship to debtor